IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02269-BNB

COLORADO (FOREIGN STATE), ex. rel.,
LUKE AMMON OF PREACHER, Sui Generis, Justice,
LEROY MICHAEL SCHWEITZER, Interpleader, Consular, Executioner, Major
    President, Justice, and
LEONIDAS RALPH MECHAM, Dir. of Adm. Office of U.S. Courts,

    Plaintiffs,

v.

J. GEORGE, D.H.O. Officer,
G. RAMIREZ, D.H.O. Officer,
B. R. DAVIS, Warden,
M. K. NALLEY, N.C.R. Director,
H. WATTS,
G. BREAM, C/O,
C. EVANS, C/O,
M. WATKINS, C/O,
L. KING, C/O,
D.A. SMITH, C/O,
C. JARBOE, C/O,
B. HANSON, C/O,
R. SUTTON, C/O,
A. CLEMMER, Phyc.,
S. SCARBROUGH, C/O,
R. MARTIN,
D. SPROUL, U. Manager,
K. FLUCK,, C. Manager,
D. FOSTER, Counselor,
A. FENLON, C. Manager,
T. SUDLOW, Case Manager,
P. RANGEL, U. Manager,
LT. M. CASTILLO,
LT. D. CLARK,
C. RIVERS, Lt.,
S. JANSEN, Lt.,
B. EISHEN, Lt.,
A. HICKEY, Lt.,
LT. ROE,
W. HAYGOOD,

FEDERAL JUDGE, and
MAGISTRATE JUDGE,

    Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff Luke Ammon of Preacher initiated this action by filing *pro se* a Prisoner Complaint. Although Mr. Preacher listed two other individuals as Plaintiffs in the caption of the Prisoner Complaint, only Mr. Preacher signed the Prisoner Complaint and only Mr. Preacher appeared to be a proper plaintiff. In an order filed on September 16, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Preacher to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland directed Mr. Preacher either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Magistrate Judge Boland also advised Mr. Preacher that the names of the parties in the caption of the Prisoner Complaint did not match the names of the parties in the text of the Prisoner Complaint. Mr. Preacher was warned that the action would be dismissed without further notice if he failed to cure these deficiencies within thirty days.

On October 8, 2010, Mr. Preacher filed an amended Prisoner Complaint along with other documents docketed as notices and a declaration. On October 18, 2010, Mr. Preacher filed a letter to the Court. However, Mr. Preacher has failed to cure all of the deficiencies within the time allowed because he has failed either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis*

pursuant to 28 U.S.C. § 1915. Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies as directed in Magistrate Judge Boland's September 16 order. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure all of the deficiencies as directed.

DATED at Denver, Colorado, this 22nd day of October, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02269-BNB

Luke Preacher
Reg No. 10312-023
ADX – Florence
P.O. Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/22/10

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk